**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TERESA B. RUTLAND, BRENDA J.
STAUFFER, DAWN M. DOSKOCZ,

    Plaintiffs,

vs.                                               CASE NO. 6:07-CV-1130-ORL-19DAB

VISITING NURSE ASSOCIATION OF
CENTRAL FLORIDA, INC., d/b/a
Community Care for the Elderly,
ORLANDO REGIONAL HEALTHCARE
SYSTEM, INC.,

    Defendants.

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 41, filed July 29, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 41) is **ADOPTED and AFFIRMED.** The Joint Motion to Approve Settlement and Dismissal with Prejudice (Doc. No. 37, filed June 19, 2008) is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues, and this case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___13th___ day of August, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record